1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANTONIO MASSIE,

               Plaintiff,

   v.

RICHARD EARLY, et al.,

               Defendants.

_____/

CASE NO. 1:00-CV-05248-OWW-LJO-P

ORDER VACATING TELEPHONIC TRIAL
CONFIRMATION HEARING AND JURY
TRIAL DATES, AND RELIEVING
DEFENDANT OF OBLIGATION TO FILE
PRE-TRIAL STATEMENT

(Doc. 90)

This matter is currently set for telephonic trial confirmation hearing on August 30, 2006, at 9:00 a.m. in Courtroom 8 before the undersigned, and jury trial on October 3, 2006, at 9:00 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger.  In a Findings and Recommendations issued concurrently with this order, the court recommended dismissal of this action, with prejudice, based on plaintiff's failure to file a pre-trial statement in compliance with the court's order of March 9, 2006.  In light of the recommendation that this action be dismissed, it is HEREBY ORDERED that:

     1.     The telephonic trial confirmation hearing set for August 30, 2006, at 9:00 a.m. in Courtroom 8 before the undersigned is VACATED;

     2.     Jury trial set for October 3, 2006, at 9:00 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger is VACATED; and

///
///
///

1

1         3.    Defendant is relieved of his obligation to file a pre-trial statement in compliance with

2        the court's order of March 9, 2006.

3

4    IT IS SO ORDERED.

5    **Dated:    July 19, 2006**                    /s/ Lawrence J. O'Neill
     b9ed48                                         UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28