UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MASSIE,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD EARLY, et al.,<br><br>        Defendants.<br>_____/ | 1:00-cv-05248-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 93)<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE** |

    Plaintiff Antonio Massie ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On July 19, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fifteen days.  To date, neither party has filed an objection to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 19, 2006, is ADOPTED IN FULL; and,

2. This action is DISMISSED, with prejudice, for failure to obey the Court's order of March 9, 2006, and failure to prosecute and to obey a court order to file a pre trial statement.

IT IS SO ORDERED.

**Dated:   August 17, 2006**                         **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE

2